UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRHISTIAN BERNAL MORALES,<br><br>Petitioner,<br><br>-v-<br><br>WILLIAM P. JOYCE, in his official capacity as Acting Field Office Director of New York, *et al.*,<br><br>Defendants. | 26 Civ. 6723 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

Early this afternoon, petitioner initiated this action, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1 (the "Petition"). The Court directed the Government to answer the Petition by Monday, August 10, 2026, at 5:00 p.m. Dkt. 3. Shortly thereafter, petitioner moved for an Order to Show Cause for Preliminary Injunction and Temporary Restraining Order (the "OTSC"), Dkt. 4, and filed an Amended Petition, Dkt. 6.

Accordingly, the Court sets the following briefing schedule:

- Consistent with the Court's prior order, Dkt. 3, the Government's answer is due Monday, August 10, 2026, at 5:00 p.m. The answer should address the points covered in petitioner's application for preliminary relief.
- Petitioner's reply is due Wednesday, August 12, 2026, at 12:00 p.m.,

The Court schedules a hearing for **Thursday, August 13, 2026, at 2:30 p.m.**, in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. The Government is ordered to produce the petitioner for this hearing.

The Clerk of Court is respectfully directed to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York