UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRHISTIAN BERNAL MORALES,

                                        Petitioner,

                -v-                                                         26 Civ. 6723 (PAE)

WILLIAM P. JOYCE, in his official capacity as Acting                       ORDER
Field Office Director of New York, *et al.*,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the Court hereby reschedules the hearing initially scheduled

for Thursday, August 13, 2026, at 2:30 p.m., to **Thursday, August 13, 2026, at 1:30 p.m.** The

hearing will take place in Courtroom 1305 of the Thurgood Marshall United States Courthouse,

40 Centre Street, New York, New York 10007.

The Clerk of Court is respectfully directed to electronically notify the Civil Division of

the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.


SO ORDERED.

                                        _Paul A. Engelmayer_
                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: August 11, 2026
        New York, New York