**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CRHISTIAN BERNAL MORALES,

Petitioner,

26 **CIVIL** 6723 (PAE)

-against-

**JUDGMENT**

WILLIAM P. JOYCE et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2026, Bernal Morales's petition for a writ of habeas corpus is GRANTED.

ICE is hereby ordered to transport Bernal Morales back to this District forthwith, and immediately thereafter to release him from custody.

**DATED:** New York, New York
August 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**